Dorothy JOHNSON *v.* STATE of Arkansas

CR 92-21                                          821 S.W.2d 479

Supreme Court of Arkansas
Opinion delivered January 27, 1992

*Appellant*, pro se.

*Winston Bryant*, Att'y Gen., by: *Gil Dudley*, Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, Dorothy Johnson, by her attorney, John C. Goodson has filed a motion for rule on the clerk. Her attorney admits that the record was tendered late.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.